UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:18-CR-824 |
| | § | |
| HECTOR FELIX ARIAS-ARIAS; aka | § | |
| ANGEL O. ROMAN RODRIGUEZ; aka | § | |
| JOSE DE LA CRUZ-DIAZ | § | |

## ORDER DENYING MOTION TO DISMISS

Defendant Hector Feliz Arias-Arias (Arias-Arias) is charged by indictment with one count of illegal reentry into the United States in violation of 8 U.S.C. § 1326. D.E. 6. Before the Court is Arias-Arias's motion to dismiss the indictment, arguing that the immigration court that ordered his removal lacked subject matter jurisdiction. D.E. 32. The Government filed a response. D.E. 34.

Based on *United States v. Pedroza-Rocha*, No. 18-50828, 2019 WL 3727828 (5th Cir. Aug. 8, 2019), the Court DENIES the motion to dismiss.

ORDERED this 30th day of August, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE